[No. 31865-6-III.   Division Three.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MYKEL THOMAS STRASSER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-04005-5, Gregory D. Sypolt, J., entered August 8, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32017-1-III.   Division Three.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK UHYREK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03450-1, Kathleen M. O'Connor, J., entered October 17, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32836-8-III.   Division Three.   December 1, 2015.]

JERI MAINER, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-02186-5, Michael P. Price, J., entered September 22, 2014. *Dismissed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 33163-6-III.   Division Three.   December 1, 2015.]

STEVEN P. KOZOL, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-05032-8, James M. Triplet, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, JJ. Now published at 192 Wn. App. 1.